UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRITTANY HOGENCAMP,

                Plaintiff,

-against-

GERALDINE JEAN, D.O. and HUDSON RIVER HEALTH CARE, INC.,

                Defendants.

Case No. 20 CV 8508 (PMH)

**STIPULATION AND ORDER OF DISCONTINUACE**

---

WHEREAS, on or about October 28, 2019, Plaintiff Brittany Hogencamp ("Plaintiff") brought a medical malpractice action against defendants Hudson River Healthcare, Inc. (the "Health Center") and one of its employees, Geraldine Jean ("Jean") (together, the "Federal Defendants"), in the Supreme Court of the State of New York, County of Dutchess, Index No. 54323/2019 (the "State Action").

WHEREAS, on or about July 31, 2020, Plaintiff brought a medical malpractice action against the United States in the United States District Court, Southern District of New York, captioned *Brittany Hogencamp v. United States of America*, 20 CV 6001 (S.D.N.Y.) (PCM) (the "Original Federal Action").

WHEREAS, on or about October 13, 2020, the State Action was removed to the District Court for the Southern District of New York by the Federal Defendants, and assigned Case Number 20 CV 8508 (the "Removed Action").

WHEREAS, on or about October 15, 2020, this Court accepted the Removed Action as related to the Original Federal Action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, by their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2), as follows:

1. The United States is hereby substituted as defendant in the Removed Action in place of Hudson River Healthcare, Inc. and Geraldine Jean.

2. Plaintiff's claims against the United States with respect to the Removed Action only are dismissed without prejudice.

3. This Stipulation and Order of Discontinuance (the "Stipulation and Order") may be executed in counterparts; a reproduced signature shall have the same force and effect as an original signature; and a facsimile or electronic copy of the Stipulation and Order shall have the same force and effect as an original.

4. The undersigned parties understand and agree that this Stipulation and Order contains the entire agreement between them, and that no statements, representations, promises, agreements or negotiations, oral or otherwise, between the undersigned parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
       October 19, 2020

FIEDLER DEUTSCH, LLP

By: _____
DUANE M. FIEDLER
81 Main Street
White Plains, NY 10601
Tel.: (914) 993-0393

*Counsel for Plaintiff*

Dated: New York, New York
       October 19, 2020

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____
BRANDON H. COWART
86 Chambers Street, 3rd Fl.
New York, NY 10007
Tel.: (212) 637-2693

*Counsel for the United States of America*

The Clerk is instructed to terminate the action.

SO ORDERED.

_____
PHILIP M. HALPERN
U.S.D.J.

Dated: New York, NY
       October 20, 2020

2